[No. 12573-1-II.   Division Two.   July 16, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE ORANGE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-1-00058-0, Terence Hanley, J., entered December 30, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.

[No. 12925-6-II.   Division Two.   July 16, 1990.]

FRED RICKMAN, ET AL, *Appellants*, v. RAINIER EVERGREEN, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 88-2-00123-3, David R. Draper, J., entered May 12, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.

[No. 12896-9-II.   Division Two.   July 17, 1990.]

PAUL MUMA, ET AL, *Appellants*, v. AL KENDRICK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86-2-00260-6, Michael G. Spencer, J., entered May 1, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.